UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| HILFORD A. HURST, | | 19 Civ. 7885 (PAE) |
| Plaintiff, | | |
| -v- | | ORDER |
| ABDUL A. ASWAD, et al., | | |
| Defendants. | | |

PAUL A. ENGELMAYER, District Judge:

At today's conference, all parties agreed that there were substantial doubts as to the existence of diversity jurisdiction, and plaintiff's counsel consented to re-filing the case in state court. As a result, the Court dismisses this case, without prejudice, and instructs plaintiff's counsel, if he wishes, to re-file in state court.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: November 12, 2019
New York, New York